✦ EFILED IN OFFICE
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

**SC2021CV001192**

SEP 10, 2021 12:42 PM

Danielle F. Forté, Clerk
Muscogee County, Georgia

IN THE STATE COURT OF MUSCOGEE COUNTY
STATE OF GEORGIA

SHIRLEY ANDERSON,

        Plaintiff,

v.

WALMART STORES EAST, LP,

        Defendant.

CIVIL ACTION
FILE NO.: _____

**JURY TRIAL DEMANDED**

**COMPLAINT**

COMES NOW Shirley Anderson, plaintiff, and makes and files this complaint against defendant Walmart Stores East, LP, as follows:

**PARTIES AND JURISDICTION**

1.

Plaintiff Shirley Anderson (hereinafter referred to as "Plaintiff") resides at 1760 Lee Road – 235, Smith Station, Alabama 36877 and voluntarily submits herself to the jurisdiction of this court.

2.

Walmart Stores East, LP, (hereinafter referred to as "Defendant") is a foreign corporation existing under the laws of Delaware with its principal place of business in Arkansas and may be served through its registered agent The Corporation Company (FL) at 106 Colony Park Drive, Ste. 800-B, Cumming, GA 30040-2794 and is subject to the jurisdiction of this court and venue is proper based on Defendant's status as a resident of Muscogee County and because the basis

EXHIBIT A

for the subject matter of this Complaint occurred at Defendant's place of business is located at 5488 Whittlesey Bouvard, D, Columbus, Georgia 31909.

3.

Jurisdiction and venue are proper in this court.

## BACKGROUND

4.

On September 17, 2019, Plaintiff was an invitee of Defendant's at its Walmart Supercenter store location located at 5448 Whittlesey Blvd, Suite B, Columbus, Georgia 31909.

5.

Plaintiff slipped and fell on a puddle of water in the produce section of the store.

6.

At all times relevant herto, as an invitee, Plaintiff was exercising reasonable care for her own safety and was inside the store.

7.

At all times relevant herto, Plaintiff had no knowledge of the risk involved and slipped and fell due to the wet condition of the floor.

8.

At all times relevant herto, the condition of the store's floor constituted a dangerous condition.

9.

At all times relevant herto, Defendant had actual or constructive knowledge of said dangerous conditions and said knowledge was greater than that of Plaintiff.

10.

There were no cones or other warnings in the area at the time of the fall.

11.

At all times relevant to this litigation, Defendant had exclusive ownership, possession and control over the premises of the Walmart Supercenter located at 5448 Whittlesey Boulevard, Suite B, Columbus, Georgia 31909.

12.

- 2 -

EXHIBIT A

As a result of plaintiff's fall, she suffered personal and bodily injuries.

## COUNT 1
## PREMISES LIABILITY

13.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 8 above as if fully restated.

14.

Plaintiff was an invitee on the premises at the time of the fall.

15.

Defendant owed a nondelegable duty of reasonable care in keeping the premises safe for invitees such as Plaintiff.

16.

Defendant was negligent in failing to properly inspect the area where the fall occurred, in failing to remove the hazardous substance from the floor, in failing to take adequate measures to protect invitees from substances on the floor and in failing to keep the premises safe for invitees.

17.

Defendant's negligence was the proximate cause of Plaintiff's injuries.

## COUNT 2
## VICARIOUS LIABILITY

18.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 13 above as if fully restated.

19.

At all times relevant to this action, the individuals responsible for inspecting, cleaning and maintaining the area where Plaintiff fell were employed by Defendant and were acting within the scope of their employment.

20.

EXHIBIT A

10/04/2021

Defendant is responsible for the conduct of these individuals under the doctrine of respondeat superior, agency or apparent agency.

## COUNT 3
## NEGLIGENT TRAINING & SUPERVISION

21.

Plaintiff realleges and incorporates herein the allegations contained in paragraphs 1 through 16 above as if fully restated.

22.

Defendant was negligent in failing to adopt appropriate policies and procedures to make sure that appropriate inspections, cleaning and maintenance were performed on the premises and in failing to train its employees concerning safety procedures for inspecting, cleaning and maintaining the premises.

23.

Defendant was negligent in training and supervising its staff.

24.

As a result of defendant's negligence in training and supervising its employees, Plaintiff was injured on the premises.

WHEREFORE, plaintiff prays that she have a trial on all issues and judgment against defendant as follows:

(a) That Plaintiff recover the full value of past and future medical expenses and past and future lost wages in an amount to be proven at trial;
(b) That Plaintiff recover for mental and physical pain and suffering and emotional distress in an amount to be determined by the enlightened conscience of the jury;
(c) That Plaintiff recover such other and further relief as is just and proper;
(d) That all issues be tried before a jury.

This 10th day of September, 2021.

THE MARK CASTO LAW FIRM, PC

By: _____

Mark A. Casto
Georgia Bar No. 116148
Attorney for Plaintiff

233 12th Street, Suite 808
Columbus, GA 31901
T: 706-940-4030
F: 706-940-4031
Email: mark@thecastolawfirm.com

- 5 -

EXHIBIT A

10/04/2021

# STATE COURT OF MUSCOGEE COUNTY
# STATE OF GEORGIA

**EFILED IN OFFICE**
CLERK OF STATE COURT
MUSCOGEE COUNTY, GEORGIA

**SC2021CV001192**

SEP 10, 2021 12:42 PM

Danielle F. Forté, Clerk
Muscogee County, Georgia

CIVIL ACTION NUMBER  SC2021CV001192

Anderson, Shirley

**PLAINTIFF**

VS.

Walmart Stores East, LP

**DEFENDANT**

## SUMMONS

TO: WALMART STORES EAST, LP

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

> Mark Casto
> The Mark Casto Law Firm, P.C.
> 233 12th Street
> Suite 808
> COLUMBUS, Georgia 31901

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

This 10th day of September, 2021.

Clerk of State Court

Danielle F. Forté, Clerk
Muscogee County, Georgia

EXHIBIT A

Page 1 of 1

10/04/2021