# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| SHIRLEY ANDERSON,<br>        Plaintiff,<br><br>vs.<br><br>WALMART STORES EAST, LP<br>        Defendant. | **JURY TRIAL DEMANDED**<br><br>CIVIL ACTION<br>FILE NO.: 4:21:cv-00189-CDL |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff SHIRLEY ANDERSON and Defendant WALMART STORES EAST, LP, the parties to the above-styled case, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-styled case without prejudice.

This the 25th day of October, 2022.

Stipulated to:

/s/ *Mark A. Casto*
MARK A. CASTO
GEORGIA BAR NO. 116148
COUNSEL FOR PLAINTIFF
THE MARK CASTO LAW FIRM, PC
233 12TH ST., SUITE 808
COLUMBUS, GA 31901
706-940-4030
MARK@THECASTOLAWFIRM.COM

/s/ *Franklin T. Coleman, IV*
FRANKLIN T. COLEMAN, IV
GEORGIA STATE BAR NO. 177580
COUNSEL FOR DEFENDANT
DREW ECKL & FARNHAM, LLP
1604 W. 3RD AVENUE
ALBANY, GA 31707
229-431-3036
COLEMANF@DEFLAW.COM

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day electronically filed STIPULATION OF DISMISSAL WITHOUT PREJUDICE with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

**DREW ECKL & FARNHAM, LLP**
**FRANKLIN T. COLEMAN, IV**
**1604 W. 3ʳᴰ AVENUE**
**ALBANY, GA 31707**
**229-431-3036**
**COLEMANF@DEFLAW.COM**


Dated on October 25, 2022

By: /s/ <i>Mark A. Casto</i><br>Mark A. Casto